NATHAN HILL, Appellant, *v.* CHARLES EDIE, Respondent.

(Submitted April 10, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1888, which affirmed a judgment in favor of defendant, entered upon a verdict.

*W. Woodbury* for appellant.

*W. S. Thrasher* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

MARTHA E. FITTON, Respondent, *v.* THE BROOKLYN CITY RAIL-
ROAD COMPANY, Appellant.

(Argued April 13, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 29, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*S. D. Morris* for appellant.

*W. W. Goodrich* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.